■ In the Matter of Hugh Christie, Petitioner, v Anthony J. Annucci, as Acting Commissioner of Corrections and Community Supervision, Respondent. [56 NYS3d 911]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Sullivan County) to review a determination of respondent finding petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Peters, P.J., Egan Jr., Lynch, Devine and Aarons, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of Kenneth McMaster, Petitioner, v C.S. Rowe, as Correction Lieutenant at Upstate Correctional Facility, et al., Respondents. [56 NYS3d 911]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Franklin County) to review a determination of the Superintendent of Upstate Correctional Facility finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a tier II determination finding him guilty of violating certain disciplinary rules. The Attorney General has informed this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been returned to petitioner's inmate account. In view of the foregoing, and given that petitioner has received all the relief to which he is entitled, the petition is now moot and must be dismissed (*see Matter of Moore v Annucci*, 148 AD3d 1445, 1446 [2017]).

McCarthy, J.P., Lynch, Clark, Mulvey and Rumsey, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.